2:05CV786-T

RECEIVED

2005 AUG 16 A 8:43

# Brief

Petitioner endured around (11) eleven years in prison for false arrest twice. These prior arrest destroyed any sense of fairness in the Circuit Court of St. Clair, Pell City division.

It was the constitution of the United States that came to my rescue twice before and once again I have nowhere to turn except to the constitution because of an unfair trial and conviction.

Petitioner would point out that during my first stay in prison in Point-A-Latache Prison In Plaquemines Parish, LA. (1978-81) petitioner suffered a concussion that left a hearing impairment and also anxiety attacks. For that reason daily social events can often result in confusion.

That was the case on the trial date of APRIL 15, 1996, because I certainly believed I was at the court to correct my indictment and not to proceed with a trial, when I left the courthouse my attorney was so mad I did not really understand what she said. Besides that I had been through four trials (4) before and took it for granted that I would be

in Court when the names were drawn from the box to be summoned for jury duty. I was never present for anything like that for the case at hand and there is no question I was either cheated out of that basic proceeding, or was not present when it happened. I have read enough in the LAW books to understand that a trial in absentia can not stand if the accused was not present at the beginning of his trial. Plain english, or simple plain old walking around sense, would indicate that my trial began before those people were even summoned, to count for jury duty. It began when their names were drawn. I haven't read of any case or trial that began when the first name was struck from a jury list.

I pointed out several grounds that show the prejudice that infected each proceeding. I realize this is irregular, but the only way to effectively show the middle district Court what the trial in absentia, the sentence in absentia has left in it's wake is to include some

of the Prison Records that have
been provided to me by the
A.D.O.C.

The first two (2) pages are
conviction Reports. One pre-
pared 07/01/96 by the Clerk
Jean Browning. (One 07/10/96)
Both of these documents
state my Sentence begins
.06/27/96
No where in the Record is there
a Stay of Sentence.

This dipicts the controversy of the
two sentence dates.

ACS359

**ALABAMA JUDICIAL DATA CENTER**
**PELL CITY COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 95 000100.00
WILLIAM E. HEREFORD

| | | |
|---|---|---|
| CIRCUIT COURT OF PELL CITY COUNTY | | COURT ORI: 058015 J |

CITY OF X          VS.          DC NO:

GANGLE NORMAN CLARK      ALIAS:        G J: 118
RT 2 BX 64E              ALIAS:        SSN: 458022405
TRUSSVILLE AL 00000                    SID:
                                       AIS:

DOB: 03/02/54   SEX: M   HT: 5 10   WT: 200   HAIR: BRO   EYE: BLU

RACE: ( X ) W ( ) B ( ) O   COMPLEXION: _____   AGE: _____   FEATURES: _____

DATE OFFENSE: 00/00/00   ARREST DATE: 06/27/95   ARREST ORI:

CHARGES @ CONV              CITES              OFF CLASS: ( X ) A ( ) B ( ) C
SODOMY 1ST DEGREE          13A-006-063
RAPE 2ND DEGREE            13A-006-062

JUDGE: WILLIAM E. HEREFORD          PROSECUTOR: DAVIS, W VAN

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE
( ) Y ( ) N _____   ( Y ) Y ( ) N   ( ) Y ( ) N _____   ( X ) Y ( ) N 06/27/96

ACT 754-76                IMPOSED        SUSPENDED       TOTAL       JAIL CREDIT
( ) Y ( X ) N   CONFINEMENT: 20 00 000   00 00 000   20 00 000   00 00 000
                PROBATION  : 00 00 000               00 00 000

DATE SENTENCED: 06/27/96      SENTENCE BEGINS:        06/27/96

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $0.00 | $0.00 |
| CRIME VICTIM | ATTORNEY FEE | $0.00 | $0.00 |
| PENITENTIARY | CRIME VICTIMS | $50.00 | $50.00 |
| | COST | $368.00 | $368.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | TOTAL | $418.00 | $418.00 |

APPEAL DATE    SUSPENDED    AFFIRMED    REARREST
( ) Y ( ) N _____   ( ) Y ( ) N _____   ( ) Y ( ) N _____   ( ) Y ( ) N _____

REMARKS:                THIS IS TO CERTIFY THAT THE
                        ABOVE INFORMATION WAS EXTRACTED
Rpe '10 2nd             FROM OFFICIAL COURT RECORDS AND
Sodomy 1st              AND IS TRUE AND CORRECT.
concurrent
af less
16 yrs                  _John Browning_
                        CIRCUIT CLERK
                        07/01/96

OPERATOR: MAB
PREPARED: 07/01/96

ACS359

ALABAMA JUDICIAL DATA CENTER
PELL CITY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 95 000100 00
WILLIAM E HEREFORD

---

CIRCUIT COURT OF PELL CITY COUNTY                    COURT ORI: 058015 J

CITY OF X                    VS.                     DC NO:

GANGLE NORMAN CLARK          ALIAS:                  O J:   118
RT 2 BX 64E                  ALIAS:                  SSN:   458022405
TRUSSVILLE  AL  00000                                SID:
                                                     AIS:

---

DOB:  03/02/54   SEX: M   HT: 5 10   WT: 200   HAIR: BRO    EYE: BLU

RACE: (X) W ( ) B ( ) O   COMPLEXION:              AGE:        FEATURES:

---

DATE OFFENSE: 00/00/00   ARREST DATE: 06/27/95   ARREST ORI:

---

CHARGES @ CONV            CITES                OFF CLASS: (X) A ( ) B ( ) C
SODOMY 1ST DEGREE          13A-006-063
RAPE 2ND DEGREE            13A-006-062

---

JUDGE: WILLIAM E. HEREFORD          PROSECUTOR: DAVIS, W VAN

---

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE

( ) Y ( ) N          (Y) Y ( ) N       ( ) Y ( ) N       (X) Y ( ) N 06/27/96

---

ACT 754-76                    IMPOSED    SUSPENDED    TOTAL      JAIL CREDIT
( ) Y (X) N   CONFINEMENT:  20 00 000  00 00 000   20 00 000   00 00 000
              PROBATION  :  00 00 000              00 00 000

DATE SENTENCED: 06/27/96   SENTENCE BEGINS:        06/27/96

---

PROVISIONS                COSTS/RESTITUTION       DUE         ORDERED

COURT COSTS               RESTITUTION            $0.00        $0.00
CRIME VICTIM              ATTORNEY FEE           $0.00        $0.00
PENITENTIARY             CRIME VICTIMS          $50.00       $50.00
CONCURR SENT              COST                  $368.00      $368.00
                          FINE                   $0.00        $0.00
                          MUNICIPAL FEES         $0.00        $0.00
                          DRUG FEES              $0.00        $0.00
                          ADDTL DEFENDANT        $0.00        $0.00
                          DA FEES                $0.00        $0.00
                          COLLECTION ACCT        $0.00        $0.00

                          TOTAL                 $418.00      $418.00

---

APPEAL DATE       SUSPENDED         AFFIRMED          REARREST

( ) Y ( ) N       ( ) Y ( ) N       ( ) Y ( ) N       ( ) Y ( ) N

---

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS AND
                                  AND IS TRUE AND CORRECT.
CONCURRENT VICTIM UNDER AGE 16 YRS

                                  Jean Browning
                                  CIRCUIT CLERK

                                  07/10/96

---

OPERATOR: MAB
PREPARED: 07/10/96

Now I present an A.D.O.C. INMATE Summary as of 09/18/2002

Please note the Admission date:
ADM DT: 06/27/1996

On this document you will see Two different Sentence dates

| County | Sent Dt | Case No | Crime |
|--------|---------|---------|-------|
| St Clair | 09/01/02 | N95000100 | Sodomy I° Count I |

| County | Sent Dt. | Case No. | Crime |
|--------|----------|----------|-------|
| St Clair | 06/27/96 | N95000100 | Rape II Count II |

This is why petitioner is being Refered to by the case Managers and Law divisions "REPEAT as a Sex offender."

even though both charges have the Same Case Number.

Again petitioner claims this is a Result of the Trial Courts persistence to deny me an appeal and also correct there error that was pointed out in Feb. of 2003.
(Note) The inmate Summary as of 01/07/2004 Still depicts admission date as 06/27/1996

Case 2:05-cv-00786-MHT-VPM    Document 2    Filed 08/16/2005    Page 7 of 13

ALABAMA DEPARTMENT OF CORRECTIONS                INST: 25

CBR716-3                INMATE SUMMARY AS OF 09/18/2002         CODE: CRSUM

*********************************************************************

AIS: 00149515S    INMATE: GANGLE, NORMAN CLARK        RACE: W  SEX: M

INSTITUTION: 258 - ST. CLAIR                  JAIL CR: 000Y 00M 01D

DOB: 03/02/1954  SSN: 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

ALIAS: GANGL, NORMAN                    ALIAS: GANGL, NORMAN CLARK

ALIAS: SAMPLES, NORMAN

ADM DT: 06/27/1996 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR      STAT: NEW COMIT FROM CRT W/REV OF P

CURRENT CUST: OTW-9   CURRENT CUST DT: 09/01/2002  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:   09/01/2002
INMATE IS EARNING & PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT  CASE NO  CRIME                JL-CR    TERM
ST. CLAIR  09/01/02 N95000100 SODOMY I              0001D 020Y 00M 00D (
                                 COUNT I
           COURT COSTS   : $0000368    FINES : $0000000    RESTITUTION : $000017
ST. CLAIR  06/27/96 N95000100 RAPE II              * 0001D 010Y 00M 00D (
                                 COUNT II

  TOTAL TERM      MIN REL DT      GOOD TIME BAL      GOOD TIME REV    LONG DATE
020Y 00M 00D     08/29/2022      000Y 00M 00D       000Y 00M 00D    08/29/2022

INMATE LITERAL:
*********************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*********************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
*********************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

```
                      ALABAMA DEPARTMENT OF CORRECTIONS              INST:
CBR716-3               INMATE SUMMARY AS OF 01/07/2004              CODE: CORVK
```

*********************************************************************************

AIS: 001495155   INMATE: GANGLE, NORMAN CLARK              RACE: W   SEX: M

INST: 043 - VENTRESS CORRECTIONAL CENTER     DORM:  00  JAIL CR: 000Y 00M 01D

DOB: 03/02/1954  SSN: 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

ALIAS: GANGL, NORMAN                   ALIAS: GANGL, NORMAN CLARK

ALIAS: SAMPLES, N CLARENCE             ALIAS: SAMPLES, NORBERT CLA

ALIAS: SAMPLES, NORMAN

ADM DT: 06/27/1996 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR      STAT: NEW COMIT FROM CRT W/REV OF

CURRENT CUST: MED-9   CURRENT CUST DT: 01/08/2003  PAROLE REVIEW DATE: AUG 20

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   09/01/2002
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

```
COUNTY       SENT DT  CASE NO   CRIME                       JL-CR     TERM
ST. CLAIR  09/01/02 N95000100 SODOMY I                   0001D 020Y 00M 00D
                              COUNT I
           COURT COSTS   : $0000368   FINES : $0000000  RESTITUTION : $0000.
ST. CLAIR  09/01/02 N95000100 RAPE II                   0001D 010Y 00M 00D
                              COUNT II
```

```
 TOTAL TERM      MIN REL DT      GOOD TIME BAL    GOOD TIME REV     LONG DATE
020Y 00M 00D     08/29/2022      000Y 00M 00D     000Y 00M 00D     08/29/2022
```

INMATE LITERAL:
*********************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*********************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
*********************************************************************************

DISCIPLINARY/CITATION SUMMARY

The following two papers exClaim
even more the prejudice that
petitioner has suffered due to
the proceedings in absentia

These documents are my
"Annual Progress Reviews"
01/15/04
The first (A.P.R.) you will Read
Repeat Sex offender. This is
false; and prejudical (injurs).
the document says "P.S.I Avail"
78 LA. simple Batters. — (This
is a charge for which I was not
RepreseTed by an attorney and
violates due procgss to use
against me at the sentence).

(The Worst effect);
'85 Ms. Armed Robbery
This charge was Reversed and
Rendered because the evidence
did not support the Conviction;
Cited as       Gray v Miss 612
So.2d 233.
          Because the trial Court
forwarded this uncorrected
P.S.I to the A.D.O.C.,
the evidence of Prejudice to
petitioner is unmistakable.
(annual progress Reveiw)
The A.P.R. for 2005 (dated
01/13/05 is also included. Please
Note the same use of the '85
Ms. Armed Robbery

AIS #: 00149515S    SSN: 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 RACE/SEX:   W/M    DATE OF BIRTH: 03/02/1954
NAME: GANGLE, NORMAN CLARK        CUSTODY:   MED9  SECURITY LEVEL: 4
INST: VENTRESS CORRECTIONAL CENTER  TIME SRVD: 01Y04M02 LAST DISC: 07 11 2003
CRME: SODOMY I                   MIN REL DT: 08/29/2022 ACTIVE DET:   0

DISC: FAIL TO OBEY A DIRECT ORDER OF PRL CONS:   08/01/2017 EDUCAT LEV: 15

WL/PGM: _Yard Crew_____    PRIM OCCUP: UNKNOWN

RECOMMENDED INSTITUTION: ___JCF___         RECOMMENDED CUSTODY: _Med_

JUSTIFICATION: _APR Repeat Sex offender serving 24yrs for Sodomy I,_
_Rape II ( Rct avail, (V) was a 14yr old female) '85 Escape N/A_
_prior prop. crimes w/ '73 simple Battery '85 M/S Armed Robbery._
_Grad. VCF 2nd SAP 7/15/03. Not recomm. based on Sex offender_
_Status ; (I) requests to remain @ VCF_

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: _NVF 1/13/04_    APP. S/L: _____

_____    _1/15/04_    _Danall Parker_    _1/15_
CLASSIFICATION SPECIALIST         DATE    WARDEN OR DESIGNEE      DATE
                                  _1/15/04_   _Helena Zettman   1/7/04_
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE   for  CLASSIFICATION COORDINATOR DATE

                    CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

_____

                                  CRB MEMBER           DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

_____

                                  CRB MEMBER           DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

_____

                                  CRB MEMBER           DATE

FINAL DECISION: INST _VCF_ CUSTODY _MED_ DATE _____

DATE INMATE INFORMED: _____  INMATE'S SIGNATURE: _Norman Gangle_

_Last Action Taken: 1/03 Initial Class    Ownwork  NG_
_APR: Expired_
_Diabetes NS_
_Med NO_
_Skills: Machine Shop, Fabrication_

AIS #: 00149515S    SSN: 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    RACE/SEX:   W/M    DATE OF BIRTH: 03/02/1954
NAME: GANGLE, NORMAN CLARK               CUSTODY:   MED9   SECURITY LEVEL: 4
INST: VENTRESS CORRECTIONAL CENTER       TIME SRVD:  02Y04M13 LAST DISC: 12 19 2003
CRME: SODOMY I                           MIN REL DT: 08/29/2022 ACTIVE DET:  0

DISC: VIOLATION OF INSTIT. RULES OR    PRL CONS:    08/01/2017 EDUCAT LEV: 15

WL/PGM: _Yard Crew_____    PRIM OCCUP: UNKNOWN

RECOMMENDED INSTITUTION: _____UCF_____    RECOMMENDED CUSTODY: _Med_

JUSTIFICATION: _APR Sex offender serving 99 yr for Sodomy I,_
_Rape II. PST avail '25 Escape — AD 1 '92 H Simple Battery;_
_'95 Distruned Veh and poor prog criminal record. Cont_
_VCF and SAP 12/6/13; 12/16/14 temp AD working Several_
_Adjustment; Type I clear dis record. Not recomm based on_
_Sex offender Status; Grequests to remain @ VCF_

_____

_____

_____

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: _N/C 1/12/05 In_    APP. S/L: _____

CLASSIFICATION SPECIALIST          1/13/05 DATE          WARDEN ORUDESIGNEE   1/13/05 DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE          CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

____ APPROVED    ____ DENIED; DIVERTED TO: _____    REASONS: _____

_____

                                                        CRB MEMBER              DATE

____ APPROVED    ____ DENIED; DIVERTED TO: _____    REASONS: _____

_____

                                                        CRB MEMBER              DATE

____ APPROVED    ____ DENIED; DIVERTED TO: _____    REASONS: _____

_____

                                                        CRB MEMBER              DATE

FINAL DECISION: INST _043_ CUSTODY _Med_ DATE _____

DATE INMATE INFORMED: _____ INMATE'S SIGNATURE: _Norman Gangle_

                                                        149515

_Last Action Taken: 1/01 APR Med_
_Diabetic: No_

I Realize this is not the correct way to present this information but I do not have any Idea how else to do it.

One thing is a fact. All of this information has been presented to Judge Hereford but he has Refused me a hearing or an attorney.

Judge Hereford has made a mockery out of both of my attempts to appeal to a higher court. the Record speaks for it self. No higher court will stand for a Lawyer to file a notice of appeal and then not file a brief. I should point out that is all Respect to Attorney GAIL Dickinson, you can not blaim her for wanting to be paid to file a brief. She knew I was broke and had even sold my car to help pay her fee. Judge Hereford trusted her to defend me in absentia but must of thought she was a fibber when she filed the motion for indigent status. It was Judge Hereford that killed the first attempt to appeal and then he created a controversy with the two different

sentence dates when it was
not posted that I made an
ORAL Request for an
appeal after the rendition
of Judgement and sentence
Sept 2. 2002

The time sheet I was
provided by the A.D.O.C. shows
that I was Sentenced again
on Sept. 2 2002 or there.
abouts; where again my Rights
to counsel were denied and
an oral Rendition for an appeal
was Hid from the higher
Court.

I never denied an incident
happened, but I do deny that
I am guilty as charged.

The Records will speak of an
ugly violation to my constitutional
Rights

I pray the United States Court,
Middle District of Alabama will
grant Relief.

I swear under penalty of per-
jury that the foregoing is true
and Correct.
    DATE: 08/08/05     Norman Clark (Gang)
        Norman Clark (Gang)
        149515   Dorm 11
        Ventress   PO Box 767
        Clayton, Al., 36016