IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG 16 A 8:42

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

Norman Clark Gangl
Plaintiff(s)

2:05CV786-T

v.

Warden Giles, Ala Attorney Gen.
Defendant(s)

I, Norman Gangl, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?           Yes ( )  No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. 1996
   Southern Tree Expert, Alabama, Alex
   $10.00 hr.      $1600 before taxes

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )  No (✓)
   B. Rent payments, interest, or dividends?              Yes ( )  No (✓)
   C. Pensions, annuities, or life insurance payments?    Yes ( )  No (✓)
   D. Gifts or inheritances?                              Yes ( )  No (✓)
   E. Any other sources?                                  Yes (✓)  No ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. My family sends me about 30.00 a month

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].  Yes ( )  No (✓)

If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?  Yes ( )  No (✓)

If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_____
Norman Hangl 149515
Signature of Affiant

STATE OF ALABAMA       )
COUNTY OF _____ )

Before me, a Notary Public in and for said County, in said State, personally appeared _____, _____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this _____ day of _____, 19_____.

_____
NOTARY PUBLIC

_____ County, Alabama
My Commission Expires: _____

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/4/05___.
              (date)

___Norman Gangl 149515___
Signature of Affiant    Dorm 11

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __102__ on account to his credit at the __Ventress__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _____

___N/A___

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $____See_____ on the first day of __attached_____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

___Ross___
Authorized Officer of Institution

Date: __8/5/05__

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC

RECEIVED

AIS #: 149515    NAME: GANGLE, NORMAN CLARK    AS OF: 08/05/2005

2005 AUG 16  A 8: 42

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| AUG | 26 | $10.61 | $30.00 |
| SEP | 30 | $8.61 | $30.00 |
| OCT | 31 | $4.36 | $30.00 |
| NOV | 30 | $4.69 | $30.00 |
| DEC | 31 | $1.66 | $20.00 |
| JAN | 31 | $5.21 | $60.00 |
| FEB | 28 | $0.07 | $0.00 |
| MAR | 31 | $19.86 | $90.00 |
| APR | 30 | $3.87 | $40.00 |
| MAY | 31 | $1.47 | $50.00 |
| JUN | 30 | $2.52 | $60.00 |
| JUL | 31 | $0.93 | $30.00 |
| AUG | 5 | $0.02 | $0.00 |

# AFFIDAVIT of Substantial Hardship and Order

In the United States District Court for the Middle District of Alabama

Petitioner: Norman Clark Gangl

Respondent: Warden Giles, Ala. Attorney General

For Habeas Corpus under 28 U.S.C. †2254

I am financially unable to hire an attorney and request that the Court appoint one for me.

I have been in prison for three years with [NO] income, [NO] job, and [NO] wife. My family sends me on the average 30 dollars per month (as noted on the Request to Proceed in Forma Pauperis and signed by State employee Mrs. Ross 8/5/05.

I have [NO] assets, or money in the bank, savings or any other place including cash on hand.

I own [Nothing] of value, such as boats a car, motorcycle, jewelry... ect.!

I am single with [NO] dependants.
I am in prison with no debts. I swear that everything herein is true under penalty of perjury and also understand that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed Counsel.

Signed: Norman Gangl
Date: 08/08/05

Norman Gangl
149515 Dorm H
Ventress Corr.