IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| NORMAN CLARK GANGL, #149 515 * | |
| Petitioner, * | |
| v. * | CIVIL ACTION NO. 2:05-CV-786-T (WO) |
| J.C. GILES, WARDEN, *et al.*, * | |
| Respondents. * | |

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Petitioner, Norman Gangl ["Gangl"], filed this petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 on 16 August 2005. Gangl is currently serving a 20-year term of imprisonment following his convictions for first degree sodomy and second degree rape entered against him by the Circuit Court for St. Clair County, Alabama on 20 April 1996. Gangle challenges these convictions in the instant application.

**I. DISCUSSION**

This court, "in the exercise of its discretion and in furtherance of justice," may transfer Petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted" Petitioner. 28 U.S.C. § 2241(d). Gangl challenges convictions entered by the Circuit Court for St. Clair County, Alabama, a location within the jurisdiction of the United States District Court for the Northern District of

Alabama. For that reason, this court concludes that the transfer of this case to that district for hearing and determination is appropriate.[1]

## II.  CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

 It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **7 September 2005**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein*

---

[1] A decision on Petitioner's application for *in forma pauperis* status is reserved for ruling by the United States District Court for the Northern District of Alabama.

*v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

    Done this 22nd day of August, 2005.

        /s/ Vanzetta Penn McPherson
        VANZETTA PENN MCPHERSON
        UNITED STATES MAGISTRATE JUDGE