IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **NORMAN CLARK GANGL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv786-T |
| ) | (WO) |
| J.C. GILES, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. No. 5) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 4) is adopted; and

(3) This cause is transferred to the United States District Court for the Northern District of Alabama.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 21st day of September, 2005.**

                               **/s/ Myron H. Thompson**
                             **UNITED STATES DISTRICT JUDGE**