**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Clerk
United States District Court
Northern District of Alabama
1729 Fifth Ave., North
Birmingham, AL   35203

Transferred file
05-786

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Joseph C[...]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
8/23/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 3017 3676

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540